# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 02-cr-00485-REB
(Civil Action No.  06-cv-02444-REB)

UNITED STATES OF AMERICA,

    v.

DENNIS S. HERULA,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **January 22, 2007**, shall file in the above criminal action an answer or other pleading in response to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated December 11, 2006.

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              _____
                              ROBERT E. BLACKBURN, Judge
                              UNITED STATES DISTRICT COURT